Dale Ossip Johnson, Esq.
The Johnson Law Group
P. O. Box 427
Cedar Park, Texas 78630-0427
Telephone: 512-328-7764
Facsimile: 202-595-0017
Email: ossip@ossipian.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### Austin Division

| | |
|---|---|
| SUTHERLAND GLOBAL SERVICES INC. and SUTHERLAND HEALTHCARE SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> OLIVEDALE, INC. d/b/a MOSAIC HEALTH d/b/a UNISON HEALTH and 1 MOSAIC HEALTH INC., <br><br> Defendants. | CASE NO: 1:7-cv-00647 SS <br><br><br> DEFENDANT 1 OLIVEDALE INC.'S ORIGINAL ANSWER <br><br><br> JURY TRIAL DEMANDED |

Defendant, Olivedale Inc. ("Olivedale") files its Original Answer to the Complaint of Plaintiffs, Sutherland Global Services, Inc. and Sutherland Healthcare Solutions, Inc., and alleges:

**I.     PARTIES, JURISDICTION AND VENUE**

1.   Olivedale admits the allegations of the parties, jurisdiction and venue of this suit contained in paragraphs 1-6 of the Complaint.

**II.     ADMISSION AND DENIALS**

(Fed.R.Civ.P. 8)

2.   On information and belief 1 Olivedale admits the allegations contained in paragraph 7 of the Complaint.

3. Olivedale denies the allegations contained in paragraphs 8 of the Complaint to the extent that they apply to Defendant 1 Mosaic Health, Inc. and otherwise admit the allegations as they apply to Olivedale.

4. Olivedale denies the allegations contained in paragraphs 9-12 of the Complaint to the extent that they apply to Defendant 1 Mosaic Health, Inc. and otherwise admit the allegations as they apply to Olivedale.

5. Olive denies the allegations contained in paragraphs 13-18 of the Complaint.

6. Olivedale admits the allegations contained in paragraphs 19-20.

7. Olivedale denies paragraph 21 of the Complaint to the extent of the allegation of "breach" and admits the remainder of the allegation.

8. Olivedale admits the allegations contained in paragraph 22 of the Complaint.

9. Olivedale denies the allegations contained in paragraph 23 of the Complaint.

10. Olivedale denies the allegations contained in paragraphs 24-31 save and except those admitted regarding paragraphs 1-22.

WHEREFORE PREMISES CONSIDERED, Defendant Olivedale, Inc. prays the sufficiency of its Original Answer, that Plaintiffs take nothing by their Complaint and Defendant Olivedale, Inc. go hence without day and for such other and further relief to which Defendant is entitled at law and in equity.

          Respectfully submitted,

          */s/ Dale Ossip Johnson*

          _____
          Dale Ossip Johnson, Esq.
          SBN: 10700000

THE JOHNSON LAW GROUP
P. O. Box 427
Cedar Park, Texas 78630-0427
Telephone: 512-328-7764

Facsimile: 202-595-0017    ATTORNEY FOR DEFENDANTS
Email: ossip@ossipian.com

**DEMAND FOR JURY**

Pursuant to Fed.R.Civ.P. 38 Defendant demands trial by jury.

**CERTIFICATE OF SERVICE**

I hereby certify that on 12 September 2017, I presented the foregoing Defendant Olivedale, Inc.'s Original Answer to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notification of such filing to the following:

    Plaintiffs

| | |
|---|---|
| Sutherland Global Services, Inc. | Lesslie C. Gilstrap, Esq. |
| Sutherland Healthcare Solutions, Inc. | Fritz, Byrne, Head & Gilstrap, PLLC |
| | 221 West 6th Street, Ste. 960 |
| | Austin, Texas 78701 |
| | |
| | Warren B. Rosenbaum, Esq. |
| | Brian J. Capitummino, Esq. |
| | Woods, Oviatt, Gilman, LLP |
| | 700 Crossroads Building |
| | 2 State Street |
| | Rochester, New York 14614 |
| | |
| | ATTORNEYS FOR PLAINTIFFS |

/s/ *Dale Ossip Johnson.*
_____
Dale Ossip Johnson, Esq.